IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br><br>and<br><br>CENTER FOR ENVIRONMENTAL HEALTH,<br><br>*Plaintiffs*,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Defendant*. | Civil Action No. 1:24-cv-00445 (JEB) |

**INTERVENOR INHANCE TECHNOLOGIES LLC'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT**

Intervenor Inhance Technologies LLC, by and through undersigned counsel, hereby submits its Answers and Affirmative Defenses (Answer) responding to the Complaint filed by Plaintiffs Public Employees for Environmental Responsibility (PEER) and Center for Environmental Health (CEH).

**INTERVENOR'S PRELIMINARY STATEMENT**

The following matters are incorporated by reference into Inhance's responses to each paragraph of the Complaint.

A. Except as otherwise expressly stated herein, Inhance expressly denies each and every allegation contained in the Complaint, including without limitation any allegations contained in the subparagraphs, headings, and subheadings of the Complaint, and specifically denies any assertion that Plaintiffs are entitled to view its confidential information. To the extent that the

titles, headings, subheadings, and paragraphs of the Complaint are intended to be allegations directed to Inhance, they are, unless otherwise admitted, denied.

   B. Inhance reserves the right to seek to amend and supplement its Answer as may be appropriate or necessary.

   Inhance specifically answers each paragraph of Plaintiffs' Complaint, using the same headings and numbering used in the Complaint, as follows:

## ADMISSIONS AND DENIALS

   1. The allegations in Paragraph 1 constitute Plaintiffs' statement of their legal claims, to which no response is required. To the extent a response is deemed required, Inhance denies the allegations in paragraph 1.

   2. The first three sentences of Paragraph 2 relate to the actions of third parties as to which Inhance lacks knowledge or information sufficient to form a belief, and Inhance therefore denies those allegations. To the extent CEH did not join in the alleged Freedom of Information Act (FOIA) request submitted by PEER, Inhance denies that CEH has standing. Inhance denies the allegations in the last sentence of Paragraph 2.

   3. With respect to the allegations in Paragraph 3, Inhance lacks knowledge or information sufficient to form a belief as to the truth of the allegation that Defendant has failed to make a final determination on Plaintiffs' FOIA request, and therefore denies that allegation. Inhance denies the remaining allegations in Paragraph 3.

## JURISDICTION AND VENUE

   4. The allegations in Paragraph 4 state Plaintiffs' legal assertions regarding jurisdiction, to which no response is required. To the extent a response is deemed required, Inhance denies the allegations in Paragraph 4.

5. The allegations in Paragraph 5 state Plaintiffs' legal assertions regarding jurisdiction, to which no response is required. To the extent a response is deemed required, Inhance denies the allegations in Paragraph 5.

6. The allegations in Paragraph 6 state Plaintiffs' legal assertions regarding venue, to which no response is required. To the extent a response is deemed required, Inhance denies the allegations in Paragraph 6.

7. Inhance denies the allegations in Paragraph 7.

## PARTIES

8. Inhance lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and therefore denies the same.

9. Inhance lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 and therefore denies the same.

10. Inhance lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 and therefore denies the same.

11. Inhance lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 and therefore denies the same.

12. The allegations in Paragraph 12 state arguments and conclusions of law to which no response is required.

13. Inhance denies the allegations in Paragraph 13.

## STATEMENT OF FACTS

14. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 and therefore denies the same.

15. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 and therefore denies the same.

16. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 and therefore denies the same.

17. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 and therefore denies the same.

18. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and therefore denies the same.

19. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and therefore denies the same.

20. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and therefore denies the same.

21. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and therefore denies the same.

22. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and therefore denies the same.

23. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and therefore denies the same.

24. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and therefore denies the same.

25. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and therefore denies the same.

26. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and therefore denies the same.

27. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 and therefore denies the same.

28. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 and therefore denies the same.

29. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 and therefore denies the same.

30. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 and therefore denies the same.

31. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 and therefore denies the same.

32. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 and therefore denies the same.

33. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 and therefore denies the same.

34. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 and therefore denies the same.

35. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 and therefore denies the same.

36. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 and therefore denies the same.

37. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 and therefore denies the same.

38. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 and therefore denies the same.

39. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 and therefore denies the same.

40. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 and therefore denies the same.

41. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 and therefore denies the same.

42. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 and therefore denies the same.

43. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 and therefore denies the same.

44. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 and therefore denies the same.

45. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 and therefore denies the same.

46. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 and therefore denies the same.

47. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 and therefore denies the same.

48. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 and therefore denies the same.

49. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 and therefore denies the same.

50. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 and therefore denies the same.

51. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 and therefore denies the same.

52. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 and therefore denies the same.

53. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 and therefore denies the same.

54. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 and therefore denies the same.

55. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 and therefore denies the same.

56. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 and therefore denies the same.

57. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 and therefore denies the same.

58. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 and therefore denies the same.

59. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 and therefore denies the same.

60. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 and therefore denies the same.

61. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 and therefore denies the same.

62. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 and therefore denies the same.

63. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 and therefore denies the same.

64. To the extent CEH did not join in the initial FOIA request submitted by PEER, Inhance denies that CEH has standing. Inhance is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 64 and therefore denies the same.

65. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65 and therefore denies the same.

66. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 and therefore denies the same.

67. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67 and therefore denies the same.

68. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68 and therefore denies the same.

69. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69 and therefore denies the same.

70. Inhance is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 and therefore denies the same.

## CAUSE OF ACTION

71. Inhance reasserts its responses to Paragraphs 1 through 70 and incorporates by reference its responses to all other Paragraphs of the Complaint with the same legal force and effect as if fully set forth herein.

### Relevant Provisions of FOIA

72. The allegations in Paragraph 72 state arguments and conclusions of law and therefore do not require any response from Inhance. To the extent a response is deemed required, Inhance states that the memorandum cited in Paragraph 72 speaks for itself, and denies any characterization of the memorandum that is inconsistent therewith.

73. The allegations in Paragraph 73 state arguments and conclusions of law to which no response is required. To the extent a response is deemed required, Inhance denies the same.

74. With respect to the allegations in Paragraph 74, Inhance lacks knowledge or information sufficient to form a belief as to the truth of the allegation relating to the date PEER submitted its FOIA request and therefore denies that allegation. Inhance denies the remaining allegations in Paragraph 74, including Plaintiffs' calculation of working days.

75. Inhance denies the allegations asserted in Paragraph 75.

76. The allegations in Paragraph 76 are directed to parties other than Inhance. Inhance lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and therefore denies them.

77. The allegations in the first sentence of Paragraph 77 state arguments and conclusions of law to which no response is required. To the extent a response is deemed required, Inhance denies the same. Inhance denies the allegations in the second sentence of Paragraph 77.

78. Inhance denies the allegations in Paragraph 78.

Relevant Provisions of TSCA

79. The allegations in Paragraph 79 state arguments and conclusions of law to which no response is required. To the extent a response is deemed required, Inhance denies the same.

80. The allegations in Paragraph 80 state arguments and conclusions of law to which no response is required. To the extent a response is deemed required, Inhance denies the same.

81. The allegations in Paragraph 81 state arguments and conclusions of law to which no response is required. To the extent a response is deemed required, Inhance denies the same.

82. The allegations in Paragraph 82 state arguments and conclusions of law to which no response is required. To the extent a response is deemed required, Inhance denies the same.

83. The allegations in Paragraph 83 state arguments and conclusions of law to which no response is required. To the extent a response is deemed required, Inhance denies the same.

84. The allegations in Paragraph 84 state arguments and conclusions of law to which no response is required. To the extent a response is deemed required, Inhance denies the same.

85. The allegations in Paragraph 85 state arguments and conclusions of law to which no response is required. To the extent a response is deemed required, Inhance denies the same.

86. The allegations in Paragraph 86 state arguments and conclusions of law to which no response is required. To the extent a response is deemed required, Inhance denies the same.

Violations of TSCA and FOIA

87. Inhance denies the allegations in Paragraph 87.

88. Inhance denies the allegations in Paragraph 88.

89. The allegations in Paragraph 89 state arguments and conclusions of law to which no response is required. To the extent a response is deemed required, Inhance denies the same.

90. The allegations in Paragraph 90 relate to documents that speak for themselves, and Inhance denies any characterization that is inconsistent with those documents. Inhance denies any remaining allegations in Paragraph 90.

91. Inhance denies the allegations in Paragraph 91.

92. Inhance denies the allegations in Paragraph 92.

93. Inhance denies the allegations in Paragraph 93.

94. Inhance denies the allegations in Paragraph 94.

95. Inhance denies the allegations in Paragraph 95.

## RELIEF REQUESTED

Inhance denies that Plaintiffs are entitled to any requested relief.

## AFFIRMATIVE AND OTHER DEFENSES

Inhance hereby asserts affirmative and other defenses to the allegations and claims in Plaintiffs' Complaint. By asserting the matters set forth below, Inhance does not allege or admit that it has the burden of proof and/or the burden of persuasion with respect to any of these matters. Inhance asserts as follows:

**FIRST.** The Complaint and each claim contained therein fails to state a claim upon which relief can be granted and fails to state facts sufficient to constitute a cause of action.

**SECOND.** Plaintiffs' claims are barred, in whole or in part, because they do not satisfy the requirements of final agency action, exhaustion of administrative remedies, and ripeness.

**THIRD.** Plaintiffs' claims are barred, in whole or in part, by doctrines of laches, waiver, unclean hands, estoppel, release, and/or ratification.

**FOURTH.** The information requested in Plaintiffs' FOIA request is exempt in whole or in part under FOIA, 5 U.S.C. § 552.

**FIFTH.** The information requested in Plaintiffs' FOIA request is exempt in whole or in part under TSCA, 15 U.S.C. § 2613.

**SIXTH.** As a matter of law, Plaintiffs are not entitled to a declaratory judgment, injunction, or attorney's fees for these alleged claims.

## DEFENSES RESERVED

Inhance hereby gives notice that it intends to rely upon any other defenses that may become available or apparent during the course of this litigation and reserves its right to amend its Answer to assert any such defenses.

Respectfully submitted,

/s/ *Catherine E. Stetson*
Catherine E. Stetson (D.C. Bar No. 453221)
Susan M. Cook (D.C. Bar No. 462978)
Adam Kushner (D.C. Bar No. 426344)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Phone: (202) 637-5491
Fax: (202) 637-5910
cate.stetson@hoganlovells.com

J. Tom Boer (D.C. Bar. No. CA00186)
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Phone: (415) 374-2336

                                                                   Fax: (415) 374-2499
                                                                   tom.boer@hoganlovells.com

Dated:  March 15, 2024                      *Counsel for Inhance Technologies LLC*