UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>       Defendants. | Civil Action No. 24-0445 (JEB) |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT**

Under Rule 6(b)(1) of the Federal Rules of Civil Procedure, Public Employees for Environmental Responsibility ("PEER") and the Center for Environmental Health ("CEH") (collectively "Plaintiffs") file this unopposed motion to extend the deadline for filing a Joint Status Report ("JSR") until July 10, 2024.

Defendant United States Environmental Protection Agency ("EPA") has agreed to this extension. Plaintiffs reached out to intervenor Inhance Technologies LLC ("Inhance") to ascertain its position but Inhance did not respond.

This is a Freedom of Information Act ("FOIA") case involving EPA's withholding of for documents relating to the formation of harmful Per- and Polyfluoroalkyl substances ("PFAS") during the fluorination of plastic containers by intervenor Inhance. On April 15, 2024, the Court ordered the parties to confer and submit a joint proposed briefing schedule by April 24, 2024. *See* Min. Order (Apr. 15, 2024). In response, the parties submitted a JSR on April 24 presenting

differing recommendations on how to proceed with the case. In April 25, the Court issued a minute order directing the parties to file another JSR on June 28, 2024.

On June 26, 2024, EPA informed the parties of its anticipated process and schedule for making disclosure determinations for documents subject to plaintiffs' FOIA request that have been redacted based on Inhance's claims of Confidential Business Information ("CBI"). Plaintiffs need additional time to review EPA's proposed process and schedule, present their views and recommendations to EPA and confer with the Agency on possible adjustments to its plan of action. An extension until July 9 will provide the time needed for these tasks and the preparation of a JSR presenting the parties' positions on next steps in this case.

WHEREFORE, the Court should extend the deadline for submitting a JSR until July, 9, 2024.

A proposed order is attached.

Date:   June 28, 2024                                  Respectfully submitted,

*/s/ Colleen E. Teubner*
Colleen E. Teubner, DC Bar # 90003410
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 464-2293
cteubner@peer.org

*Attorney for Plaintiff PEER*

*/s/ Robert M. Sussman*
Robert M. Sussman DC BAR NO. 226746
SUSSMAN & ASSOCIATES
3101 Garfield Street, NW
Washington, DC 20008
(202) 716-0118
bobsussman1@comcast.net

2

*Attorney for Plaintiff Center for Environmental Health*

## CERTIFICATE OF SERVICE

I certify that on June 28, 2024, I electronically filed the foregoing UNOPPOSED MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

/s/ *Robert M. Sussman*
Robert M. Sussman

Counsel for Plaintiffs