UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC EMPLOYEES FOR
ENVIRONMENTAL RESPONSIBILITY,
et al.,

          Plaintiffs,

    v.

ENVIRONMENTAL PROTECTION
AGENCY, et al.,

          Defendants.

Civil Action No. 24-0445 (JEB)

## JOINT STATUS REPORT

Public Employees for Environmental Responsibility ("PEER") and the Center for Environmental Health ("CEH") (collectively "Plaintiffs"), the United States Environmental Protection Agency ("EPA"), and Inhance Technologies LLC ("Inhance"), through undersigned counsel, file this joint status report in this Freedom of Information Act ("FOIA") case, consistent with the Court's February 14, 2025, Minute Order. *See* Min. Order (February 14, 2025).

### PLAINTIFFS

No comment at this time from Plaintiffs.

### EPA

EPA initially estimated that EPA's Office of General Counsel would complete its CBI determination for the approximately 270 records at issue by January 31, 2025, but due to technical issues and the complex nature of the claims, EPA amended its estimate to February 28, 2025. On February 28, 2025, EPA issued the CBI determination to Inhance via the CDX system in which EPA partially granted and partially denied the CBI claims.

On March 13, 2025, Inhance contacted EPA requesting a meeting to discuss its concerns with EPA's CBI determination. EPA is conferring with Inhance to schedule a meeting.

Pending the meeting with Inhance and/or any Court Order to the contrary, the earliest EPA can begin to release the information found not entitled to confidential treatment is April 3, 2025, the 31st calendar day following notice of the determination, to allow Inhance the opportunity to challenge the determination. 40 C.F.R. § 703.8(f).

The Agency proposes that by April 9, 2025, the parties submit a joint status report.

### INHANCE

Inhance received EPA's determination regarding Inhance's claims of confidentiality protection on February 28, 2025. Federal law fixes a statutory period during which Inhance may review the agency's determination and seek further administrative and/or judicial review. 15 U.S.C. § 2613(g)(2); 40 C.F.R. § 703.8(f)–(g). That period expires on April 2, 2025. Inhance intends to comply with these statutory and regulatory deadlines. Inhance proposes that the parties submit their next joint status report within seven days after the 30-day statutory notice period runs, or by April 9.

Date:   March 17, 2025                         Respectfully submitted,

                                               Colleen E. Teubner, DC Bar # 90003410
                                               Public Employees for Environmental
                                               Responsibility
                                               962 Wayne Ave, Suite 610
                                               Silver Spring, MD 20910
                                               (202) 464-2293
                                               cteubner@peer.org

                                               *Attorney for Plaintiff PEER*

                                               */s/ Robert M. Sussman*
                                               Robert M. Sussman DC BAR NO. 226746
                                               SUSSMAN & ASSOCIATES

3101 Garfield Street, NW
Washington, DC 20008
(202) 716-0118
bobsussman1@comcast.net

*Attorney for Plaintiff Center for Environmental Health*

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:    */s/ Sam Escher*
        SAM ESCHER, D.C. Bar # 1655538
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-2531
        Sam.Escher@usdoj.gov

*Attorneys for Defendant EPA*

*/s/ Marlan Golden*
Susan M. Cook (D.C. Bar No. 462978)
Catherine E. Stetson (D.C. Bar No. 453221)
Adam Kusner (D.C. Bar No. 426344)
Marlan Golden (D.C. Bar No. 1673073)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Phone: (202) 637-6684
Fax: (202) 637-5910
susan.cook@hoganlovells.com

J. Tom Boer (D.C. Bar. No. CA00186)
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Phone: (415) 374-2336
Fax: (415) 374-2499
tom.boer@hoganlovells.com

*Attorneys for Intervenor Defendant Inhance Technologies LLC*