UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC EMPLOYEES FOR
ENVIRONMENTAL RESPONSIBILITY,
et al.,

        Plaintiffs,

      v.

ENVIRONMENTAL PROTECTION
AGENCY, et al.,

        Defendants.

Civil Action No. 24-0445 (JEB)

**CONSENT MOTION TO DEFER RESPONDING
TO INTERVENOR INHANCE'S COMPLAINT**

The United States Environmental Protection Agency ("EPA"), through undersigned counsel, respectfully files this motion to defer responding to Inhance Technologies's ("Inhance's") complaint.

On May 15, 2025, the Court consolidated this case with *Inhance Technologies LLC v. Zeldin*, Civ. A. No. 25-0980. In 25-0980, Inhance brought a claim under the Administrative Procedure Act ("APA"), and served EPA on Monday, April 7, 2025. The deadline for EPA to respond to Inhance's complaint is Friday, June 6, 2025. Because the parties anticipate setting a briefing schedule to resolve Plaintiff's claims in this case, as well as Inhance's claim from 25-0980, responding to Inhance's complaint from 25-0980 is unnecessary. The parties are aware of the issues, and deferring a response to the complaint conserves resources, and allows the parties to concentrate on the forthcoming briefing schedule.

Lastly, EPA and Inhance have conferred, and Inhance consents to this motion.

Date:   June 5, 2025              Respectfully submitted,
       Washington, DC

                                  JEANINE FERRIS PIRRO
                                  United States Attorney

                                  By:      */s/ Sam Escher*
                                    SAM ESCHER, D.C. Bar #1655538
                                    Assistant United States Attorney
                                    601 D Street, NW
                                    Washington, DC 20530
                                    (202) 252-2531
                                    Sam.Escher@usdoj.gov

                                  *Attorneys for the United States of America*