IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, et al., <br><br>　*Plaintiffs*, <br>v. <br><br>ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br>　*Defendants*. | CIVIL ACTION NO. 24-445 (JEB) |
| INHANCE TECHNOLOGIES, LLC, <br><br>　*Plaintiff*, <br>v. <br><br>LEE ZELDIN, in his official capacity as ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br>　*Defendants*. | CIVIL ACTION NO. 25-980 (JEB) |

**UNOPPOSED MOTION OF DEFENDANT-INTERVENORS TO STAY FILING DEADLINES FOR THE DURATION OF THE GOVERNMENT SHUTDOWN**

Defendant-Intervenors Public Employees for Environmental Responsibility (PEER) and Center for Environmental Health (CEH) file this unopposed motion to extend filing deadlines in these consolidated cases for the amount of time for which the current lapse in appropriations continues plus ten additional days. Defendant Environmental Protection Agency (EPA) and Plaintiff Inhance Technologies LLC (Inhance) have informed PEER and CEH that they take no position on the motion.

1

These cases involve the application of the Freedom of Information Act (FOIA) and the Toxic Substances Control Act (TSCA) to documents submitted to EPA by Inhance that relate to its fluorination of plastic containers. Testing has shown that the Inhance fluorination process forms harmful chemicals known as Per- and poly-fluoroalkyl substances (PFAS). After EPA learned of the presence of PFAS in fluorinated containers in 2020, it launched an extensive investigation into the risks to health and the environment from the Inhance fluorination process. In January 2023, PEER and CEH filed a FOIA request for information about fluorination obtained from Inhance and other sources during this investigation. However, much of this information was withheld from the requestors because Inhance claimed it was confidential business information (CBI) protected from disclosure under FOIA and TSCA. After PEER and EPA filed suit under FOIA in February 2024 to obtain the redacted materials, EPA conducted a review of Inhance's CBI claims and, on February 28, 2025, issued a determination partially granting and partially denying these claims for approximately 270 records. On April 2, 2025, Inhance filed a Complaint in this Court challenging EPA's CBI determination and its case was consolidated with the pending PEER/CEH FOIA action.

On June 23, 2025, the parties submitted a briefing schedule for resolving the issues in the two cases (ECF 27) and the Court issued a minute order the next day adopting it. According to the order:

1) EPA shall file a certified list of administrative materials by July 30, 2025; 2) Inhance shall file its Motion for Summary Judgment by September 19, 2025; 3) PEER, CEH, and EPA shall file their Cross-Motions for Summary Judgment and Opposition to Inhance's Motion by November 7, 2025; 4) Inhance shall file its Opposition to the Cross-Motion and Reply in support of its Motion by December 17, 2025; 5) PEER and CEH shall file their Reply in Support of their Cross-Motion by January 16, 2026; and 6) EPA shall file its Reply in support of its Cross-Motion by January 30, 2026. In Case No. 24-445, the Court ORDERS that the parties shall file another Joint Status Report by October 28, 2025.

Per the order, Inhance filed its summary judgment motion on September 19, but the other

filing deadlines remain outstanding.

In response to the recent lapse in Executive Branch appropriations, Chief Judge Boasberg issued an order on October 1, 2025, finding "good cause" to extend deadlines and stay matters in which the Federal Government is involved.[1] The order granted an across-the-board extension of filing and discovery deadlines applicable to the United States equal to the amount of time for which the lapse in appropriations continues plus ten days. Thus, EPA will not be meeting the filing deadlines set by the June 24, 2025 minute order.

Judge Boasberg's October 1 order did not directly address the filing obligations of other parties in cases involving the federal government. However, in this case, the positions of EPA and PEER/CEH are largely aligned, and their deadlines for responding to Inhance's filings are either on the same day or closely sequenced. Because EPA's decisions to disclose or redact the disputed Inhance documents are the central focus of this case, the issues cannot be meaningfully resolved by the Court without EPA's participation in the briefing process. Thus, holding the other parties to the current briefing deadlines would not advance the case and could require supplemental briefing once EPA addresses the issues. Accordingly, the simplest and most efficient approach is to put all the upcoming deadlines in this case on hold for the duration of the shutdown.

WHEREFORE, the Court should grant this motion and stay all deadlines in this case for a period equal to the length of the lapse in appropriations plus ten days.[2]

A draft order is attached.

Dated: October 17, 2025                Respectfully submitted,

---

[1] https://www.dcd.uscourts.gov/sites/dcd/files/Executive%20Order%2025-55.pdf.
[2] On October 15, Inhance filed a Motion to Complete or Supplement the Administrative Record (ECF 30). If the Court grants this motion, we assume that responses to the motion would be stayed until the end of the shutdown.

       /s/ *Colleen Zimmerman*
Colleen Zimmerman, DC Bar # 90003410
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 464-2293
czimmerman@peer.org

*Attorney for Defendant-Intervenor PEER*


/s/ *Robert Sussman*
Robert M. Sussman, DC BAR NO. 226746
SUSSMAN & ASSOCIATES
3101 Garfield Street, NW
Washington, DC 20008
(202) 716-0118
bobsussman1@comcast.net

*Attorney for Defendant-Intervenor Center for Environmental Health*