UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | Civil Action No. 24-0445 (JEB) |
| INHANCE TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> LEE ZELDIN, Administrator, United States Environmental Protection Agency, <br><br> Defendant. | Civil Action No. 25-0980 (JEB) |

## JOINDER OF MOTION FOR AN EXTENSION OF TIME TO FILE A JOINT STATUS REPORT

Inhance Technologies LLC joins the U.S. Environmental Protection Agency's motion for a one-day extension to file a joint status report. As noted therein, the parties have been conferring but were unable to agree on the language by the current deadline. The proposed new deadline is March 19, 2026.

*        *        *

2

Date:   March 18, 2026

Respectfully submitted,

 HOGAN LOVELLS US LLP

  /s/ Susan M. Cook_____
Susan M. Cook
Marlan Golden
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel:  (202) 637-6684
susan.cook@hoganlovells.com

Counsel for Inhance Technologies LLC