UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | Civil Action No. 24-0445 (JEB) |
| INHANCE TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> LEE ZELDIN, Administrator, United States Environmental Protection Agency, <br><br> Defendant. | Civil Action No. 25-0980 (JEB) |

**JOINT STATUS REPORT**

Public Employees for Environmental Responsibility ("PEER") and the Center for Environmental Health ("CEH") (collectively "Plaintiffs"), the U.S. Environmental Protection Agency ("EPA" or "Agency"), and Inhance Technologies LLC ("Inhance"),[1] through undersigned counsel, file this joint status report consistent with the Court's March 13 and 19, 2026, Minute Orders.

---

[1]   BP Polymers, LLC did not participate in drafting this joint status report.

**PEER/CEH**

Plaintiffs PEER and CEH propose the following revised briefing schedule:

| Event | Deadline |
|---|---|
| EPA's Cross-Motion for Summary Judgment, Opposition to PEER/CEH's Motion for Summary Judgment in FOIA Case (1:24-cv-445) | April 7, 2026 |
| Inhance's Opposition to EPA's and PEER/CEH's Cross Motions for Summary Judgment; Reply in support of Motion for Summary Judgment in APA/Reverse-FOIA Case (1:25-cv-980); Cross-Motion for Summary Judgment and Opposition to PEER/CEH's Motion for Summary Judgment in FOIA Case (1:24-cv-445) | April 14, 2026 |
| PEER and CEH's Reply in Support of their Cross-Motion for Summary Judgment in APA/reverse-FOIA Case (1:25-cv-980); Opposition to EPA's and Inhance's Cross-Motions for Summary Judgment and Reply in support of their Motion for Summary Judgment in reverse-FOIA Case (1:24-cv-445) | May 6, 2026 |
| EPA's Reply in support of its Motion for Summary Judgment in APA/Reverse-FOIA Case (1:25-cv-980) and in Support of its Cross-Motion for Summary Judgment in FOIA Case (1:24-cv-445) | May 13, 2026 |
| Inhance's Reply in Support its Cross-Motion for Summary Judgment in FOIA Case (1:24-cv-445) | |
| Joint Appendix in APA/Reverse-FOIA Case | Per local rules |

Otherwise, PEER and CEH stipulate that EPA need not provide a declaration or a *Vaughn* index in support of its motion for summary judgment on the FOIA claim and that, if EPA does not provide one or both, they will not challenge the lack of either in support of EPA's motion. However, since PEER and CEH are stipulating to forego a declaration and *Vaughn* index, they believe EPA should unconditionally forego its right to provide them, and Inhance should likewise forego its right to argue for a declaration or a *Vaughn* index.

Lead counsel for PEER and CEH notes that because of business commitments and a long-scheduled family cruise, he is unavailable for four weeks starting on June 10, making it impossible for PEER and CEH to file oppositions and replies on June 11 as specified in EPA's proposed briefing schedule. Lead counsel is also required to present oral argument before the Fifth Circuit Court of Appeals in New Orleans during the week of June 1, which would likely interfere with the June 2 date in Inhance's proposed briefing schedule for PEER and CEH to file oppositions and replies.

## EPA

EPA proposes the following revised briefing schedule.

| Event | Deadline |
|---|---|
| EPA's Cross-Motion for Summary Judgment, Opposition to PEER/CEH's Motion for Summary Judgment in FOIA Case (1:24-cv-445) | April 23, 2026 |
| Inhance's Opposition to EPA's and PEER/CEH's Cross Motions for Summary Judgment; Reply in support of Motion for Summary Judgment in APA/Reverse-FOIA Case (1:25-cv-980) | May 21, 2026 |
| Inhance's Cross-Motion for Summary Judgment and Opposition to PEER/CEH's Motion for Summary Judgment in FOIA Case (1:24-cv-445) | |
| PEER and CEH's Reply in Support of their Cross-Motion for Summary Judgment in APA/reverse-FOIA Case (1:25-cv-980) | June 11, 2026 |
| PEER and CEH's Opposition to EPA's and Inhance's Cross-Motions for Summary Judgment and Reply in support of their Motion for Summary Judgment in reverse-FOIA Case (1:24-cv-445) | |
| EPA's Reply in support of its Motion for Summary Judgment in APA/Reverse-FOIA Case (1:25-cv-980) | July 2, 2026 |

| | |
|---|---|
| EPA's Reply in Support of its Cross-Motion for Summary Judgment in FOIA Case (1:24-cv-445) | |
| Inhance's Reply in Support its Cross-Motion for Summary Judgment in FOIA Case (1:24-cv-445) | |
| Joint Appendix in APA/Reverse-FOIA Case | Per local rules |

EPA agrees to Plaintiffs' stipulation that EPA need not provide a declaration or a *Vaughn* index in support of its motion for summary judgment on the FOIA claim. EPA may, however, provide one or both notwithstanding Plaintiffs' stipulation. EPA is unwilling to unconditionally forego its right to provide either or both.

With respect to the APA/Reverse-FOIA case (1:25-cv-980), EPA agrees with Inhance's stipulation below that EPA [1] included every document that it reviewed when rendering its determinations on Inhance's CBI claims in the certified version of the Administrative Record it filed on July 30, 2025, with the addition of one document emailed to the parties on September 18, 2025, and [2] did not consider any of Inhance's initial substantiation claim documents during its FOIA review. ECF No. 28. EPA also agrees that Inhance's summary judgment motion in the APA/Reverse-FOIA case (1:25-cv-980) will be ripe for resolution after submission of its final reply brief in that case, without further need for EPA to complete the record.

## INHANCE

With respect to PEER and CEH's FOIA case (1:24-cv-445), although PEER and CEH have stipulated with EPA that those parties prefer to move forward with briefing in the FOIA case without EPA producing a *Vaughn* index, Inhance reserves its rights to object to the lack of a *Vaughn* index as a means of supporting adequate judicial review.

Inhance understands that the parties agree that the FOIA case brought by PEER and CEH will include briefing only on those documents that have undergone re-substantiation by Inhance under TSCA and are listed in the agency's February 28, 2025 CBI determination.

Inhance notes that as an intervenor and co-defendant in the FOIA case, it should not have to file its opposition and cross-motion for summary judgment before the Government submits its own opposition and cross-motion, which may introduce a declaration and/or further support for the agency's determinations on Inhance's materials that Inhance will be defending.

With respect to the APA/Reverse-FOIA case (1:25-cv-980) in which Inhance filed its opening brief in September 2025, EPA has represented and stipulated that [1] the agency included every document that it reviewed when rendering its determinations on Inhance's CBI claims in the certified version of the Administrative Record it filed on July 30, 2025, and [2] the agency did not consider any of Inhance's initial substantiation claim documents during its FOIA review. ECF No. 28. In light of those representations, Inhance believes that its summary judgment motion in the APA/Reverse-FOIA case (1:25-cv-980) will be ripe for resolution after submission of its final reply brief in that case, without further need for EPA to complete the record.

Inhance otherwise proposes that the Court adopt EPA's proposed schedule, subject to the minor adjustments below, which would ensure that Inhance is permitted to file two briefs concurrently in the APA and FOIA cases and that summary-judgment briefing in both cases concludes in June 2026.

| Event | Deadline |
|---|---|
| EPA's Cross-Motion for Summary Judgment, Opposition to PEER/CEH's Motion for Summary Judgment in FOIA Case (1:24-cv-445) | April 23, 2026 |

5

| | |
|---|---|
| Inhance's Opposition to EPA's and PEER/CEH's Cross Motions for Summary Judgment; Reply in support of Motion for Summary Judgment in APA/Reverse-FOIA Case (1:25-cv-980); <br><br> Inhance's Cross-Motion for Summary Judgment and Opposition to PEER/CEH's Motion for Summary Judgment in FOIA Case (1:24-cv-445) | May 12, 2026 |
| PEER and CEH's Reply in Support of their Cross-Motion for Summary Judgment in APA/reverse-FOIA Case (1:25-cv-980); Opposition to EPA's and Inhance's Cross-Motions for Summary Judgment and Reply in support of their Motion for Summary Judgment in reverse-FOIA Case (1:24-cv-445) | June 2, 2026 |
| EPA's Reply in support of its Motion for Summary Judgment in APA/Reverse-FOIA Case (1:25-cv-980) and in Support of its Cross-Motion for Summary Judgment in FOIA Case (1:24-cv-445) <br><br> Inhance's Reply in Support its Cross-Motion for Summary Judgment in FOIA Case (1:24-cv-445) | June 23, 2026 |
| Joint Appendix in APA/Reverse-FOIA Case | Per local rules |

Date:   March 19, 2026

Respectfully submitted,

Colleen Zimmerman, DC Bar # 90003410
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 464-2293
czimmerman@peer.org

*Attorney for Public Employees for Environmental Responsibility*

6

/s/ Robert M. Sussman
Robert M. Sussman DC BAR NO. 226746
SUSSMAN & ASSOCIATES
3101 Garfield Street, NW
Washington, DC 20008
(202) 716-0118
bobsussman1@comcast.net

*Attorney for Center for Environmental Health*

JEANINE FERRIS PIRRO
United States Attorney

By:  _____/s/ Sam Escher_____
      SAM ESCHER, D.C. Bar # 1655538
      Assistant United States Attorney
      601 D Street, N.W.
      Washington, D.C. 20530
      (202) 252-2531
      Sam.Escher@usdoj.gov

*Attorneys for the United States of America*

/s/ Susan M. Cook
Susan M. Cook (D.C. Bar No. 462978)
Adam Kushner (D.C. Bar No. 426344)
Marlan Golden (D.C. Bar No. 1673073)
Jacob T. Young (D.C. Bar No. 90014334)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Phone: (202) 637-6684
Fax: (202) 637-5910
susan.cook@hoganlovells.com

J. Tom Boer (D.C. Bar. No. CA00186)
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Phone: (415) 374-2336
Fax: (415) 374-2499
tom.boer@hoganlovells.com

*Attorneys for Inhance Technologies LLC*

7