**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, et al.,         *Plaintiffs*, <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY,         *Defendant*. | Civil Action No. 24-445 (JEB) |
| INHANCE TECHNOLOGIES LLC,         *Plaintiff*, <br><br> v. <br><br> LEE ZELDIN, in his official capacity as ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,         *Defendant*. | Civil Action No. 25-980 (JEB) |

## [PROPOSED] ORDER

Upon consideration of the United States Environmental Protection Agency (EPA)'s Motion for Leave to Submit Certain Joint Appendix Pages in Camera, Ex Parte, the memoranda of points and authorities in support thereof and in opposition thereto, and the entire record in this case, it is hereby **ORDERED** that EPA's Motion, Dkt. No. 81, is **DENIED**.

**SO ORDERED**, this __ day of _____, 2026.

1

_____
Chief Judge James E. Boasberg
United States District Judge

2